UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DISCIPLINE OF DENNIS JOSEPH SPYRA )
    ATTORNEY PA I.D. 46188 )
    A MEMBER OF THE BAR OF THE )
    UNITED STATES DISTRICT COURT FOR ) MISC. NO. 11-291
    THE WESTERN DISTRICT OF )
    PENNSYLVANIA )

## ORDER OF COURT

AND NOW, to-wit, this __18th__ day of May, 2012, upon consideration of the Petition of Dennis Joseph Spyra for Reinstatement to the practice of law before the United States District Court Western District of Pennsylvania;

IT IS THEREFORE ORDERED that Dennis Joseph Spyra is hereby REINSTATED as a member in good standing before the United States District Court for the Western District of Pennsylvania.

The Clerk is directed to give notice of the entry of this Order to the Clerk of Court for the United States Bankruptcy Court for the Western District of Pennsylvania and to all other parties of interest.

                                       GARY L. LANCASTER
                                       CHIEF JUDGE